[No. 45942-2-I.  Division One.  May 7, 2001.]

GARY T. HALL, *Appellant*, v. SWEDISH MEDICAL CENTER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-02671-5, Donald D. Haley, J., entered December 17, 1999. *Reversed* by unpublished opinion per Ellington, J., concurred in by Baker and Appelwick, JJ.

[Nos. 46152-4-I; 47562-2-I;  Division One.  May 7, 2001.]
47561-4-I.

GENERAL MOTORS CORPORATION, *Appellant*, v. THE CITY OF SEATTLE, FINANCE DEPARTMENT, ET AL., *Respondents*. CHRYSLER CORPORATION, *Appellant*, v. THE CITY OF SEATTLE, FINANCE DEPARTMENT, ET AL., *Respondents*.

Appeals from a judgment of the Superior Court for King County, No. 98-2-15610-4, Jim Bates, J., entered February 1, 2000. *Affirmed* by unpublished opinion per Baker, J., concurred in by Agid, C.J., and Webster, J. Now published at 107 Wn. App. 42.

[No. 46306-3-I.  Division One.  May 7, 2001.]

CASEY M. HANNA II, *Appellant*, v. KENT SCHOOL DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-15613-7, Jay V. White, J., entered March 1, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46769-7-I.  Division One.  May 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-001176-4, James Bryan Street, J., entered May 18, 2000. *Affirmed* by unpublished per curiam opinion.